## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   26-80084 |
| Jamie Adams | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING DEBTOR'S MOTION FOR RELIEF FROM STAY

This case coming before the Court on the Debtor's Motion for Relief from the Stay, it is hereby ordered that the Motion for Relief from Stay is granted as follows:

A. The automatic stay is modified for the limited purpose to permit the divorce proceedings to continue in the McHenry County state court, case number 2025 DC 422;

B. The automatic stay is further modified to allow for the proposed agreed order disbursing funds as attached to the motion as exhibit B; and

C. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(4), this order shall be effective immediately.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated:  July 09, 2026

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
lincoln@cutlerltd.com